**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 4:25-cr-9-CDL-AGH-1 |
| | : | |
| KEVIN VAN NESS, | : | |
| | : | |
| Defendant. | : | |

ORDER

On December 16, 2025, the Court accepted Defendant's guilty plea, adjudicated him guilty, and sentenced him to twenty-six months of imprisonment. Jdgmt 1-2, ECF No. 26. On May 27, 2026, Defendant filed a motion that the Court construes as a motion to appoint new counsel (ECF No. 28). Defendant seeks new counsel's assistance in filing a motion to withdraw his guilty plea as a result of his former counsel's alleged ineffective assistance. Mot. Appt. Counsel 1-2, ECF No. 28.

After determining that Defendant was financially unable to obtain adequate legal representation, the Court appointed prior counsel to represent Defendant pursuant to the provisions of the Criminal Justice Act of 1964. 18 U.S.C. § 3006A *et seq*. Order Appt. Counsel, Jun. 3, 2025, ECF No. 5. At this stage in the proceeding, Defendant is still entitled to appointed counsel. Accordingly, the Court **GRANTS** Defendant's motion (ECF No. 28) and appoints Larae D. Moore to represent Defendant. Counsel shall have thirty (30) days to consult with Defendant and file any necessary motions.

**SO ORDERED**, this 25th day of September, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE